IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARRUGIA, | No. CV-F-08-053 OWW/WMW |
| | |
| | ORDER DENYING PLAINTIFF'S REQUEST TO TRANSFER VENUE TO SACRAMENTO DIVISION (Docs. 6 & 7) |
| Plaintiff, | |
| vs. | |
| | |
| BILL LOCKYER, et al., | |
| | |
| Defendants. | |

Plaintiff's request to transfer venue of this action to the United States District Court for the Eastern District of California, Sacramento Division is DENIED.  By filing the action in the Fresno Division, Plaintiff has waived any objections to venue as to the named defendants.  *See Manley v. Engram,* 755 F.2d 1463, 1469 (11th Cir.1985).

If, after service of process, Defendants move to transfer venue to the Sacramento Division, the issue of proper venue can then be addressed on the merits.

///

1

1        IT IS SO ORDERED.

2   **Dated:** **May 21, 2008**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26