IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS FARRUGIA,

        Plaintiff,        1: 08 CV 0053 OWW WMW PC

  vs.                    ORDER RE MOTION (DOC 8)

BILL LOCKYER, et al.,

        Defendants.

     Plaintiff has filed a request for a ruling on his motion for change of venue.  Subsequently, an order was entered, denying Plaintiff's request.  The motion for a request for ruling is moot.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a ruling is denied as moot.

IT IS SO ORDERED.

**Dated:   September 11, 2008**           /s/  William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE