1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

9   THOMAS FARRUGIA,                          1:08-cv-053-LJO-MJS (PC)

10               Plaintiff,                   ORDER DENYING PLAINTIFF'S MOTION
                                             FOR A STAY
11      v.
                                             (ECF No. 42)
12   BILL LOCKYER, et al.,

13               Defendants.

14

15   _____/

16        Plaintiff Thomas Farrugia ("Plaintiff") is a prisoner formerly proceeding pro se in a

17   civil rights action pursuant to 28 U.S.C. § 1331.

18        Plaintiff initiated this action on January 11, 2008.  (ECF No. 1.)  Prior to the Court

19   screening Plaintiff's action, Plaintiff filed several amended complaints.  (ECF Nos. 10 &

20   17.)  The Court screened Plaintiff's Amended Complaint (ECF No. 17) and dismissed it,

21   with leave to amend, for failure to state a claim (ECF No. 20).  Plaintiff failed a Third

22   Amended Complaint (ECF No. 26), which the Court also dismissed with leave to amend.

23   (ECF No. 28).  Plaintiff filed a Fourth Amended Complaint.  (ECF No. 34.)  The Court also

24   dismissed Plaintiff's Fourth Amended Complaint, but did so with prejudice.  (ECF No. 40.)

25        On November 20, 2012, Plaintiff filed a motion to stay this action.  (ECF No. 42.)

26   Plaintiff alleged that his prison had frequently been placed on lock-down preventing him

27   from properly litigating this action.  (Id.

28        The United States Supreme Court has clearly indicated that "the power to stay

1  proceedings is incidental to the power inherent in every court to control the disposition of

2  the causes on its docket with economy of time and effort for itself, for counsel, and for

3  litigants.  How this can best be done calls for the exercise of judgment, which must weigh

4  competing interests and maintain an even balance." Landis v. North America Co., 299

5  U.S. 248, 254-55, 57 S.Ct. 163 (1936).  In this regard, "the proponent of the stay bears the

6  burden of establishing its need." Clinton v. Jones, 520 U.S. 681, 706, 117 S.Ct. 1636

7  (1997).

8       The Court finds no justification for a stay in this case. Despite multiple opportunities,

9  Plaintiff was unable to state a cognizable cause of action and his case was closed. There

10  are no deadlines facing him.

11       Accordingly, it is hereby **ORDERED** that Plaintiff's motion to stay the proceedings

12  be **DENIED**.

13

14

15

16  IT IS SO ORDERED.

17  Dated:    March 28, 2013          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28